UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Yvonne Burgi, and Robert J. Burgi,

          Plaintiff,

vs.

Gurstel Law Firm, PA, OSI Portfolio
Services, and John and Jane Does 1-10,

          Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 07-4772 (PJS/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That this action is dismissed, as to OSI Portfolio Services only, for failure to comply with this Court's Order of April 17, 2008, for failure to effect proper service on the Defendant OSI Portfolio Services, and for lack of prosecution.

DATED: 06/06/08

          s/Patrick J. Schiltz
          Patrick J. Schiltz
          United States District Judge